137714

# UNITED STATES DISTRICT COURT
## District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-793RHK/JMM Case Title: Reynen v. Farm Bureau Life Ins.

**Affidavit of Movant**

I, Gary Hansen, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Janean A. Schaefer an attorney admitted to practice in the Northern & Southern District of Iowa, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Farm Bureau Life Ins in the case(s) listed above. I am aware that the local rules of this court require that I ~~participate~~ in the presentation of the case(s) listed above, and that I accept service of all papers served.

Signature ______ MN Attorney License # 40617 Date May 16, 2001

**Affidavit of Proposed Admittee**

I, Janean A. Schaefer, am currently a member in good standing of the U.S. District Court for the Northern & Southern District of Iowa, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Janean A. Schaefer
Type/Print Name

Signature ______

5/15/01
Date

Attorney License Number: PK0017243 (Iowa)

Law Firm Name &
Wandro, Lyons, Wagner & Baer, P.C.

Address: 2501 Grand Avenue, Suite B
Des Moines, Iowa 50312

Telephone: (515) 281-1475

Motion Granted: ______
For the Court: Francis E. Dosal, Clerk

Date

FILED MAY 21 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______