UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**LARRY REYNEN,**

**Plaintiff,**

**v.**

**FARM BUREAU LIFE INSURANCE COMPANY,**

**Defendant.**

**Civil No. 01-793 (RHK/JMM)**

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

---

## STIPULATION

It is hereby stipulated and agreed by the undersigned counsel that the Defendant, Farm Bureau Life Insurance Company, may have until June 15, 2001, in which to answer or otherwise respond to the Complaint herein.

Dated: June 4, 2001

CeCelia I. Wagner, Iowa Attorney Reg. No. 9645
WANDRO, LYONS, WAGNER & BAER, P.C.
2501 Grand Avenue, Suite B
Des Moines, IA 50312
Telephone: (515) 281-1475

OPPENHEIMER WOLFF & DONNELLY, LLP

Gary Hansen, Attorney Reg. No. 40617
Plaza VII Building, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 607-7000

ATTORNEYS FOR DEFENDANT

FILED JUN 07 2001
FRANCI[illegible]
JUDGMEN[illegible]
DEPUTY CL[illegible]

Dated: 6/5, 2001

CHESTNUT & CAMBRONNE, P.A.

Karl Cambronne, Attorney Reg. No. 14321
3700 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, MN 55402
Telephone: (612) 336-7300

ATTORNEY FOR PLAINTIFF

**ORDER**

Based on the above stipulation of counsel it is hereby ordered that the Defendant, Farm Bureau Life Insurance Company, may have until June 15, 2001, in which to answer or otherwise respond to the Complaint herein.

Dated: 6/6/01

The Honorable John M. Mason
United States Magistrate Judge