**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Larry Reynen,

Plaintiff,

Civil No. 01-793 (RHK/AJB)

v.

**NOTICE OF TRIAL**

Farm Bureau Life Insurance Company,

Defendant.

---

Trial is now rescheduled for Thursday, August 1st, at 9:00 a.m. in St. Paul.

Dated: July 1, 2002

Deborah Siebrecht, Clerk
United States District Court



JUL 01 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK