C 01-793 RHK/JMM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**ORDER RE: SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS FOR JULY, 2002 TRIAL CALENDAR**

---

Attached is an updated list of cases deemed ready for trial before the undersigned beginning July 1, 2002. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By June 13, 2002:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By June 20, 2002:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By June 25, 2002: Responses to the Written Objections.

Dated: May 1, 2002

RICHARD H. KYLE
United States District Judge

FILED MAY 0 1 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

| | | |
|---|---|---|
| 1. | **Chad E. Lindgren**<br>**etal** | **Elizabeth Kimball**<br>**612-373-7022** |
| | **vs CV 00-2771 RHK/RLE**<br>**JURY FERGUS FALLS** | |
| | **Camphill Village Minnesota Inc.**<br>**etal** | **Jonathan Hegre**<br>**612-340-7952**<br>**Mark Soleheim**<br>**651-312-6500** |
| 2. | **United States of America** | **Lonnie Bryan**<br>**651-664-5600** |
| | **vs CV 01-586 RHK/SRN**<br>**COURT** | |
| | **Dean M. Marino** | **Dean Marino**<br>**651-426-4328** |
| 3. | **Larry Reynen** | **Karl Cambronne**<br>**612-339-7300** |
| | **vs CV 01-793 RHK/JMM**<br>**JURY** | |
| | **Farm Bureau Life Insurance Company** | **Gary Hansen**<br>**612-607-7000**<br>**Janean Schaefer**<br>**515-281-1475** |

| | | |
|---|---|---|
| **4.** | **St. Paul Painting Industry Health and Welfare Fund etal** | **Jacqueline Beaulieu 612-338-2525** |
| | **vs CV 01-994 RHK/JMM COURT** | |
| | **Grand Development Inc. etal** | **Jane Volz 952-892-6666** |