UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LARRY REYNEN,

Plaintiff,

v.

FARM BUREAU LIFE INSURANCE COMPANY,

Defendant.

CIVIL NO. 01-793 (RHK/JMM)

ORDER

By agreement of the Parties, and the Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment be presented according to the following schedule:

| | |
|---|---|
| April 29, 2002 - | Defendant's pleadings shall be delivered to opposing counsel. |
| May 13, 2002 - | Plaintiff's Responsive pleadings shall be delivered to opposing counsel. |
| May 17, 2002 - | Defendant's Reply shall be delivered to opposing counsel. |

The Parties shall cause the hearing on the Motion to be scheduled promptly. All pleadings relating to the Motion shall be filed with the Clerk of Court no later than May 20, 2002.

Dated: April 29, 2002

JOHN M. MASON
United States Magistrate Judge

FILED APR 30 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK