**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Larry Reynen

Plaintiff,

vs. CV 01-793 RHK/JMM

Farm Bureau Life Insurance Company

Defendant.

**NOTICE OF COURT TRIAL**

A Court Trial is scheduled for Monday, July 1, 2002, at 9:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

May 21, 2002

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

Filed MAY 21 2002
Richard D. Sletten, Clerk

By: ____________________