**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Larry Reynen,

Plaintiff,

v.

Farm Bureau Life Insurance Company,

Defendant.

Civil No. 01-793 (RHK/AJB)

**SCHEDULING NOTICE**

---

Judge Kyle is having surgery on July 1st and will not return until July 15th; accordingly, the trial now scheduled for July 1st is **POSTPONED**. Counsel will be notified of a new trial date.

Dated: June 19, 2002

Deborah Siebrecht
Deborah Siebrecht, Clerk
United States District Court



JUN 19 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK