**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Larry Reynen,

Plaintiff,

v.

Farm Bureau Life Insurance Company,

Defendant.

Civil No. 01-793 (RHK/AJB)

**ORDER**

---

The Motion of Wandro, Lyons & Baer, P.C. to Withdraw as counsel for Defendant is **GRANTED**; and attorney CeCelia Ibson Wagner, 4310 Ovid, Des Moines, IA 50310, 515-245-6789, is substituted as counsel for Defendant.

Dated: July 1, 2002

RICHARD H. KYLE
United States District Judge

JUL 01 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK