**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

LARRY REYNEN,

Plaintiff,

vs.

ORDER
CV 01-793 RHK/AJB

FARM BUREAU LIFE INSURANCE COMPANY,

Defendant.

The court having been advised by counsel that the above case has been settled, the parties needing additional time to finalize a settlement agreement.,

**IT IS ORDERED** that the court will retain jurisdiction over this action for an additional thirty (30) days to permit any party to move to reopen, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: July 31, 2002.

**RICHARD H. KYLE**, Judge
United States District Court

JUL 31 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK