UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Larry Reynen,

Plaintiff,

v.

Farm Bureau Life
Insurance Company,

Defendant.

Civil No. CA 01-793 (RHK/JMM)

**STIPULATION OF DISMISSAL WITH PREJUDICE**
AND ORDER

---

The above-captioned matter having been fully compromised is hereby dismissed with prejudice without further costs being awarded to either party.

Dated: August 9, 2002

**CHESTNUT & CAMBRONNE, P.A.**

By: ______________________

Karl L. Cambronne, #14321
3700 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 339-7300

**Attorneys for Plaintiff**

Dated: August 12, 2002

**OPPENHEIMER, WOLFF & DONNELLY**

By: ______________________

Gary M. Hansen
3400 Plaza VII Building
45 South Seventh Street
Minneapolis, MN 55402
(612) 607-7000

AUG 15 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**SMITH, SCHNEIDER, STILES & SERANGELI, P.C.**
CeCelia Ibson Wagner
604 Locust Street, Suite 1000
Des Moines, IA 50309
(515) 245-6789

**Attorneys for Defendant**

It is so ordered.

Dated: August 15, 2002

By: ______________________
The Honorable Richard H. Kyle
Judge of the District Court